CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

WILLIAM HAYS WEISSMAN, Bar No. 178976
KELSEY E. PAPST, Bar No. 270547
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828
wweissman@littler.com
kpapst@littler.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>RUSSELL SIGLER, INC.,<br><br>    Defendant. | Case No. 2:17-CV-000160-MCE-GGH<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Complaint Filed: January 25, 2017 |

Pursuant to Local Rule 271, Plaintiff SCOTT JOHNSON and Defendant RUSSELL SIGLER, INC. ("the Parties") hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP"). The Parties propose the VDRP process will be completed by July 31, 2017, with the Neutral to file confirmation of completion by August 14, 2017. The Parties do not presently request any modifications to the Court's Initial Pretrial Scheduling Order.

**SO STIPULATED.**

Dated: May 22, 2017     CENTER FOR DISABILITY ACCESS

By: /s/ *Phyl Grace* (authorized on 05/22/17)
    PHYL GRACE
    Attorneys for Plaintiff

Dated: May 22, 2017     LITTLER MENDELSON, P.C.

By: /s/ *Kelsey E. Papst*
    KELSEY E. PAPST
    Attorneys for Defendant

IT IS SO ORDERED.

Dated: May 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.720068

FIRMWIDE:147729979.1 083236.1005

2.

Case No. 2:17-CV000160-MCE-GGH

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP