UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

       Plaintiff,

v.

RUSSELL SIGLER, INC., a New Mexico
Corporation; and Does 1-10,

       Defendants.

) Case No.: 2:17-CV-00160-MCE-GGH
)
)
)
) **ORDER**
)
)
)
)
)
)
)

---

### ORDER

    The Court hereby vacates all currently set dates and the parties are directed to file a Joint Stipulation for Dismissal not later than sixty (60) days following the date this order is electronically filed.

      IT IS SO ORDERED.

Dated:  November 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE