UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>RUSSELL SIGLER, INC., a New Mexico Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:17-CV-00160-MCE-GGH<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41 (a) (1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE